1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,

10                         Plaintiff,

11              v.                         CR. NO. S-13-257 LKK

12  TROY FOSTER MITCHELL,

13                         Defendant.
    _____/
14
    UNITED STATES OF AMERICA,
15
                           Plaintiff,
16                                         CR. NO. S-01-028 JAM
                v.                         CR. NO. S-01-058 JAM
17
    TROY FOSTER MITCHELL,
18                                         RELATED CASE ORDER
                           Defendant.
19  _____/

20       Examination of the above-entitled actions reveals that the

21  above actions are related within the meaning of Local Rule 123(a),

22  E.D. Cal. (2013).  For the reasons set forth in the government's

23  Notice of Related Cases, the assignment of the matters to the same

24  judge is likely to effect a substantial savings of judicial effort

25  and is also likely to be convenient for the parties.

26  ////

1    The parties should be aware that relating the cases under

2  Local Rule 123 merely has the result that the actions are assigned

3  to the same judge; no consolidation of the actions is effected.

4  Under the regular practice of this court, related cases are

5  generally assigned to the judge to whom the first filed action was

6  assigned.

7    IT IS THEREFORE ORDERED that the actions denominated CR. NO.

8  S-01-028 JAM and CR. NO. S-01-058 JAM be, and the same hereby are,

9  reassigned to Judge Lawrence K. Karlton for all further

10 proceedings.  Henceforth the caption on all documents filed in the

11 reassigned cases shall be shown as CR. NO. S-01-028 LKK and CR. NO.

12 S-01-058 LKK.

13   IT IS FURTHER ORDERED that the Clerk of the Court make

14 appropriate adjustment in the assignment of criminal cases to

15 compensate for this reassignment.

16   A status conference for all cases is set for October 22, 2013

17 at 9:15 a.m.

18   IT IS SO ORDERED.

19   DATED: October 21, 2013.

20

21                              LAWRENCE K. KARLTON
22                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
23

24

25

26

                                 2